NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002348
30-JUN-2014
08:10 AM

NO. CAAP-13-0002348

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST, As Trustee For His Asset
Securitzation Corporation Trust 2006-Opt3,
Mortgage Pass-Through Certificates, Series 2006-Opt3,
Plaintiffs-Appellees,
v.
RICHARD D. ECKERLE and DANIELA ECKERLE,
Defendants-Appellants,
and
John and Mary Does 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 10-1-051K)

ORDER GRANTING THE JUNE 19, 2014
JOINT APPELLANTS MOTION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Joint Appellants Motion for Dismissal of Appeal" (Motion) filed on June 19, 2014 by Defendants-Appellants Richard D. Eckerle and Daniela Eckerle, pro se (Appellants), the papers in support, the records and files herein, and noting no opposition.

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 30, 2014.


Presiding Judge

Associate Judge

Associate Judge